— **EXHIBIT A** —

CAIRE
c/o Cyberscout
1 Keystone Ave., Unit 700
Cherry Hill, NJ 08003
DB-08337 5-1

John Brennan


March 5, 2024

## NOTICE OF SECURITY INCIDENT

Dear John Brennan:

CAIRE Inc. ("CAIRE") writes to inform you of an incident that may affect the security of some of your information. This notice provides information about the incident, our response, and resources available to you to help protect your information from possible misuse, should you feel it appropriate to do so.

**What Happened?** On February 11, 2023, CAIRE discovered suspicious activity impacting the operability of certain systems. We quickly launched an investigation to determine the nature and scope of the activity, working with industry-leading computer forensics specialists to determine what happened and what information may have been affected. The investigation identified a limited number of files and folders as potentially accessed or taken by an unknown actor. We commenced a thorough review to determine whether sensitive information was present in the impacted files and folders. On July 21, 2023, it was determined that some of your information was present in the files and folders that may have been accessed or taken. We then commenced an advanced address lookup service in order to identify the most recent contact information for affected individuals.

**What Information Was Involved?** CAIRE is notifying you out of an abundance of caution because information related to you was identified in the files that were potentially accessed or taken by an unknown actor. The information related to you that was potentially accessible may include name and Social Security number. To date, CAIRE has not received any reports of actual or attempted misuse of your information.

**What We Are Doing.** We take this incident and the security of personal information in our care seriously. Upon learning of this incident, we moved quickly to investigate and respond to the incident, assess the security of relevant systems, and reset relevant account passwords. We also reviewed the contents of the impacted systems to determine whether they contained personal information, reviewed internal systems to identify contact information for purposes of providing notice to potentially affected individuals, and are now notifying all potentially affected individuals. As part of our ongoing commitment to the security of information, we are also reviewing existing policies and procedures to reduce the likelihood of a similar future incident. CAIRE is also notifying relevant state and federal regulators, as required. Finally, we reported this incident to law enforcement, and will participate with any criminal investigation into this matter.

Moreover, as an added precaution, we are offering access to Single Bureau Credit Monitoring/Single Bureau Credit Report/Single Bureau Credit Score services at no charge. These services provide you with alerts for 12 months from the date of enrollment when changes occur to your credit file. This notification is sent to you the same day that the change or update takes place with the bureau. Finally, we are providing you with proactive fraud assistance to help with any questions that you might have or in the event that you become a victim of fraud. These services will be provided by Cyberscout through Identity Force, a TransUnion company specializing in fraud assistance and remediation services.

**What You Can Do.** We encourage you to remain vigilant against incidents of identity theft and fraud by reviewing your account statements and monitoring your free credit reports for suspicious activity and to detect errors. You may also review the information contained in the attached *Steps You Can Take to Help Protect*